Form FIND

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| In Re: Eyematic Interfaces, Inc. | Case No.: 08–45697 EDJ 7 |
| Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Lois I. Brady is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 10/31/08      By the Court:

Edward D. Jellen
United States Bankruptcy Judge